# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **THOMAS J BODNAR** | **CIVIL ACTION NO. 5:24-cv-01716** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KAREN P JOHNSON ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 9] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims of Plaintiff Thomas J. Bodnar [Doc. Nos. 1, 10] are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

**MONROE, LOUISIANA**, this the 3rd day of February 2025.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**